JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLEY WEST,<br><br>        Plaintiff,<br><br>        v.<br><br>EQUIFAX, et al.,<br><br>        Defendants. | NO. CV 25-07445 FMO (MAAx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

On October 30, 2025, the court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. (Dkt. 29, Court's Order of October 30, 2025).

A written response to the Order to Show Cause was ordered to be filed no later than November 6, 2025. As of the filing date of this Order, no response has been filed to the court's Order to Show Cause. (See, generally, Dkt.). Accordingly, IT IS ORDERED that the above-captioned case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the court, pursuant to Local Rule 41. See also Fed. R. Civ. P. 41(b); Link v. Wabash R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

Dated this 25th day of November, 2025.

/s/
_____
Fernando M. Olguin
United States District Judge