JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MARLEY WEST,                          )   Case No. CV 25-7445 FMO (MAAx)
                                      )
                  Plaintiff,          )
                                      )
            v.                        )   **JUDGMENT**
                                      )
EQUIFAX, et al.,                      )
                                      )
                  Defendants.         )
                                      )

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 13th day of March, 2026.


                                            /s/
                                      _____
                                      Fernando M. Olguin
                                      United States District Judge